UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TROY LYNN ROBERTS,

    Plaintiff,

v.                                               Case Nos.   3:15cv254/MCR/CJK

BARRY HATTON, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 28, 2015. ECF No. 12. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). He filed timely objections within a Third Amended Complaint, raising the same facts and also citing the Equal Protection Clause. Having fully considered the Report and Recommendation and the timely filed objections de novo, the Court finds that the Report and Recommendation should be adopted. Plaintiff already had two opportunities to amend his complaint. Even considering the allegations in the Third Amended Complaint, the Court finds that they fail to state a claim upon which relief

may be granted for the same reasons.  Therefore, the case will be dismissed with prejudice.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this Order.

2. The case dismissed with prejudice, and the Clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of November, 2015.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**